UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN ROBERTS, on behalf of himself and all those similarly situated,

                      Plaintiff,

- against -

NAVIOS MARITIME HOLDINGS, INC., ANGELIKI N. FRANGOU, SPYRIDON MAGOULAS, GEORGE MALANGA, JOHN, STRATAKIS, and SHUNJI SASADA

                      Defendants.

1:19-cv-00655 (JSR)

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that upon the Declaration of Justin J. Santolli dated March 6, 2019 and the attached exhibits, the accompanying Memorandum of Law, and all prior pleadings and proceedings, defendants Navios Maritime Holdings Inc., Angeliki N. Frangou, George Malanga, John Stratakis, and Shunji Sasada ("Defendants"), by and through their counsel, will move this Court on April 16, 2019 at 9:00 a.m. for an order dismissing Plaintiff's complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in accordance with Section 2(d) of the Individual Rules of Practice of this Court, the following is the schedule for briefing and argument of this motion pursuant to the Order dated February 27, 2019: (i) opposition to the within motion is due March 27, 2019; (ii) reply in further support of the motion is due April 3, 2019; and (iii) oral argument will be held on April 16, 2019, at 9:00 a.m. at the United States Courthouse, 500 Pearl Street, Courtroom 14-B, New York, NY 10007.

| | |
|---|---|
| Dated: New York, NY<br>March 6, 2019 | FRIED, FRANK, HARRIS, SHRIVER<br>   & JACOBSON LLP<br><br>By:    /s/ Israel David<br>        Israel David<br>        Justin J. Santolli<br><br>One New York Plaza<br>New York, New York 10004-1980<br>(212) 859-8000<br>israel.david@friedfrank.com<br><br>*Attorneys for Defendants* |