

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NORMAN ROBERTS, on behalf of himself and all those similarly situated,

            Plaintiff,

v.

NAVIOS MARITIME HOLDINGS, INC., ANGELIKI N. FRANGOU, SPYRIDON MAGOULAS, GEORGE MALANGA, JOHN STRATAKIS, and SHUNJI SASADA,

            Defendants.

Case No. 1:19-cv-00655-JSR

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Navios Maritime Holdings, Inc., Angeliki N. Frangou, Spyridon Magoulas, George Malanga, John Stratakis, and Shunji Sasada pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: March 28, 2019

| | |
|---|---|
| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| _/s/ Israel David_ | _/s/ Mark Lebovitch_ |
| Israel David | Mark Lebovitch |
| One New York Plaza | 1251 Avenue of the Americas |
| New York, New York 10004-1980 | New York, NY 10020 |
| Tel: (212) 859-8000 | Tel: (212) 554-1400 |
| israel.david@friedfrank.com | MarkL@blbglaw.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff Norman Roberts* |

SO ORDERED

_/s/ Jed S. Rakoff_
USDJ
3-29-18